UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DERRICK S. WILLIAMS,
                    Plaintiff,

      -v-                               09 Civ. 8750 (DLC)

DOCTOR HAMMER, HEAD DOCTOR SINTELLY OF       ORDER
THE R.M.U., SUPERINTENDENT CONNOLLY,
and ACTING DEPUTY SUPERINTENDENT A.
MAUME,
                    Defendants.
----------------------------------------X

DENISE COTE, District Judge:

     The initial pretrial conference was held on the record on May 6, 2010. The plaintiff did not appear. On April 28, 2010, an Order was issued setting a schedule for the motion to dismiss filed by defendants Connolly and Maume on April 23, 2010. The plaintiff was directed to file any opposition by June 4, 2010. Should the plaintiff fail to file his opposition by that date, the defendants' shall make an application to dismiss this action without prejudice by **June 18, 2010**.

Dated:    New York, New York
          May 10, 2010

                                              /s/ Denise Cote
                                                DENISE COTE
                                   United States District Judge

COPIES MAILED TO:

Derrick S. Williams
c/o Regency Nursing Home
55 Ashburton Avenue
Room #302-A
Yonkers, NY 10701

John E. Knudsen
Assistant Attorney General
New York State Attorney General's Office
120 Broadway
New York, NY 10271